LAW OFFICES OF
# FREDERICK K. BREWINGTON

*ATTORNEYS AND COUNSELORS AT LAW*
556 PENINSULA BOULEVARD
HEMPSTEAD, N.Y. 11550-4282

TELEPHONE: (516) 489-6959
FACSIMILE: (516) 489-6958

**FREDERICK K. BREWINGTON**

**IRA FOGELGAREN**

**GREGORY CALLISTE, JR.**
**VALERIE M. CARTRIGHT**
**JOHANNA C. DAVID**

August 2, 2012

**<u>VIA ELECTRONIC CASE FILING</u>**
Honorable Sandra J. Feuerstein
United Stated District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Frederique v. County of Nassau, et al.*
           *Docket No.: CV-11-1746 (SJF)(WDW)*

Dear Judge Feuerstein:

    As your records will reflect, we are the attorneys representing the Plaintiffs in the above referenced matter. On September 20, 2011, Your Honor dismissed the aforementioned action without prejudice due to the fact that one of Plaintiffs' claims for false arrest was not yet ripe. Your Honor directed that "upon resolution of the pending state court criminal matter, plaintiffs may restore this case to the Court's calendar on 30 days' notice". Please allow this letter to serve as a formal request to restore this matter to the Court's calendar as the remaining then-pending criminal charges were dismissed against Plaintiff Frederique Luckson on July 30, 2012. Therefore, Plaintiffs contend that all claims are now ripe to be heard before the Eastern District of New York.

    We thank the Court for its kind consideration.

Respectfully submitted,

VALERIE M. CARTRIGHT